■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXIS CORDOBA, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Ferdinand, J.), imposed October 4, 2006, on the ground that the sentence imposed was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Spolzino, Santucci, Angiolillo and Eng, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL COTTEN, Appellant. [856 NYS2d 887]—Appeal by the defendant from an amended judgment of the County Court, Orange County (DeRosa, J.), rendered January 31, 2007, revoking a sentence of probation previously imposed by the same court upon a finding that he had violated a condition thereof, upon his admission, and imposing a sentence of imprisonment upon his previous conviction of attempted criminal possession of a controlled substance in the fourth degree.

Ordered that the amended judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Lifson, Miller, Carni and Eng, JJ., concur.